UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| KONA ICE, INC.<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANTHONY GONZALEZ<br><br>　and<br><br>CINDY GONZALEZ<br><br>　and<br><br>SNOBALL FACTORY<br><br>　　　　Defendants. | Case No 2:17-cv-07757-ES-SCM<br><br>Judge: Esther Salas<br>Magistrate Judge: Steven C. Manion |

## **PLAINTIFF REQUEST TO ENTER DEFAULT AGAINST DEFENDANTS**

TO: THE CLERK IN THE ABOVE-ENTITLED COURT

　　Plaintiff Kona Ice, Inc. ("Kona Ice") hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendants Anthony Gonzalez, Cindy Gonzalez and Snoball Factory because said Defendants failed to appear or otherwise respond to Kona Ice's Complaint within the time prescribed by the Federal Rules of Civil Procedure. Kona Ice served its Complaint and Summons in this matter on October 11, 2017, as evidenced by the proofs of service submitted as Docket Nos. 5, 6 and 7, and as further evidenced by the facts set forth in the concurrently filed Declaration of Brett A. Schatz, Esq., counsel for Kona Ice. Accordingly, Defendants' responsive pleading was due no later than November 1, 2017. As of February 2, 2018, Defendants have not filed any responsive pleading.

　　The Declaration of Brett A. Schatz is filed concurrently herewith.

1

Respectfully submitted,

KONA ICE, INC.

Dated: February 2, 2018

*[signature]*

Kevin S. Riechelson, Esq.
Kamensky Cohen & Riechelson
194 South Broad Street
Trenton, New Jersey 08608
Telephone: (609) 394-8585
Facsimile: (609) 394-8620
KRiechelson@kcrlawfirm.com

Attorneys for Plaintiff

Brett A. Schatz (*Of Counsel*)
WOOD, HERRON & EVANS, L.L.P.
441 Vine Street, 2700 Carew Tower
Cincinnati, Ohio 45202
(513) 241-2324
(513) 241-6234 Facsimile
bschatz@whe-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2018, a copy of the foregoing was served via First Class Mail to Defendants Anthony Golzalez, Cindy Gonzalez and Snoball Factory, 20 Cooper Road, Denville, New Jersey 07834.

*/s/ Kevin Riechelson*
_____
Kevin S. Riechelson, Esq.
Kamensky Cohen & Riechelson
194 South Broad Street
Trenton, New Jersey 08608
Telephone: (609) 394-8585
Facsimile: (609) 394-8620
KRiechelson@kcrlawfirm.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| KONA ICE, INC. ) | |
| ) | Case No 2:17-cv-07757-ES-SCM |
| Plaintiff, ) | |
| ) | |
| vs. ) | Judge: Esther Salas |
| ) | Magistrate Judge: Steven C. Manion |
| ANTHONY GONZALEZ ) | |
| ) | |
| and ) | |
| ) | |
| CINDY GONZALEZ ) | |
| ) | |
| and ) | |
| ) | |
| SNOBALL FACTORY ) | |
| ) | |
| Defendants. ) | |

## **DECLARATION OF BRETT A. SCHATZ**

I, Brett A. Schatz, declare as follows:

1. I am a partner with the law firm Wood, Herron & Evans, LLP. I am of counsel for Kona Ice, Inc. ("Kona Ice" or "Plaintiff") in this matter. I submit this declaration in support of Plaintiff's Request for Default. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2. I retained a process server to serve Plaintiff's Summons, Complaint and related documents in this action on Anthony Gonzalez, Cindy Gonzalez, and Snoball Factory. The process server provided proofs of service to me.

3. Attached hereto as Exhibit 1 are true and correct copies of the proofs of service that the process server provided to me, indicating that Anthony Gonzalez, Cindy Gonzalez, and Snoball Factory were each served on October 11, 2017.

1

4.      Each of these three proofs of service have been submitted to the Court, and are located on the Court's Docket as Docket Nos. 5, 6, and 7.

5.      Neither local counsel nor I have been served in any manner with an Answer to the Complaint by Anthony Gonzalez, Cindy Gonzalez, or Snoball Factory. I have checked the Docket in this matter and the Docket does not indicate that Anthony Gonzalez, Cindy Gonzalez, or Snoball Factory served any responsive pleading in this matter by February 2, 2018.

I declare under penalty of perjury that the foregoing is true and corrected.

Executed on February 2, 2018, at Cincinnati, Ohio.

By: _____
     Brett A. Schatz

# EXHIBIT 1

Case 2:17-cv-07757-ES-SCM   Document 5   Filed 12/14/17   Page 1 of 2 PageID: 78
Case 2:17-cv-07757-ES-SCM   Document 8   Filed 02/02/18   Page 7 of 12 PageID: 90

Case 2:17-cv-07757-ES-SCM   Document 3   Filed 10/03/17   Page 1 of 2 PageID: 39

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

KONA ICE, INC.,
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

ANTHONY GONZALEZ, ET AL.,
*Defendant*

CASE NUMBER: 2:17-CV-07757-ES-SCM

TO: *(Name and address of Defendant):*
Anthony Gonzalez
20 Cooper Road
Denville, New Jersey 07834

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kevin S. Riechelson, Esq.
Kamensky Cohen & Riechelson
194 South Broad Street
Trenton, New Jersey 08608
(609-394-8585)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM T. WALSH

CLERK

ELISAVETA KALLUCI

(By) DEPUTY CLERK



ISSUED ON 2017-10-03 11:42:31, Clerk
USDC NJD

Case 2:17-cv-07757-ES-SCM   Document 3   Filed 10/03/17   Page 2 of 2 PageID: 40

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | 10/11/2013 |
| NAME OF SERVER (PRINT) Patrick Persicano | TITLE | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 20 Cooper Road Denville NJ 07834

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/11/2013
Date

Signature of Server

19 Seville drive Somerville NJ 08876
Address of Server



Case 2:17-cv-07757-ES-SCM   Document 3   Filed 10/03/17   Page 1 of 2 PageID: 39

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

KONA ICE, INC.,
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

ANTHONY GONZALEZ, ET AL.,
*Defendant*

CASE NUMBER: **2:17-CV-07757-ES-SCM**

TO: *(Name and address of Defendant):*

Cindy Gonzalez
20 Cooper Road
Denville, New Jersey 07834

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kevin S. Riechelson, Esq.
Kamensky Cohen & Riechelson
194 South Broad Street
Trenton, New Jersey 08608
(609-394-8585)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM T. WALSH
CLERK

ELISAVETA KALLUCI
(By) DEPUTY CLERK

ISSUED ON 2017-10-03 11:42:31, Clerk
USDC NJD



Case 2:17-cv-07757-ES-SCM   Document 3   Filed 10/03/17   Page 2 of 2 PageID: 40

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE  10/11/2017 |
| NAME OF SERVER (PRINT) Patrick Persigano | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Anthony Gonzalez (husband of Cindy Gonzalez)

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/11/2017
Date

Signature of Server: Patrick Persigano

Address of Server

Case 2:17-cv-07757-ES-SCM   Document 8   Filed 02/02/18   Page 11 of 12 PageID: 94
Case 2:17-cv-07757-ES-SCM   Document 7   Filed 02/01/18   Page 1 of 2 PageID: 82
Case 2:17-cv-07757-ES-SCM   Document 3   Filed 10/03/17   Page 1 of 2 PageID: 39

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

KONA ICE, INC.,
*Plaintiff*

V.

ANTHONY GONZALEZ, ET AL.,
*Defendant*

SUMMONS IN A CIVIL CASE

CASE NUMBER: 2:17-CV-07757-ES-SCM

TO: *(Name and address of Defendant)*
Snoball Factory
20 Cooper Road
Denville, New Jersey 07834

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kevin S. Riechelson, Esq.
Kamensky Cohen & Riechelson
194 South Broad Street
Trenton, New Jersey 08608
(609-394-8585)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM T. WALSH
CLERK

ELISAVETA KALLUCI
(By) DEPUTY CLERK



ISSUED ON 2017-10-03 11:42:31, Clerk
USDC NJD

Case 2:17-cv-07757-ES-SCM   Document 8   Filed 02/02/18   Page 12 of 12 PageID: 95
Case 2:17-cv-07757-ES-SCM   Document 7   Filed 02/01/18   Page 2 of 2 PageID: 83

Case 2:17-cv-07757-ES-SCM   Document 3   Filed 10/03/17   Page 2 of 2 PageID: 40

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 10/1⧸8/2017 | |
| NAME OF SERVER (PRINT) Patrick Persicano | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Anthony Gonzalez (owner)

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/11/2017         Patrick Persicano
            Date                Signature of Server

                                Address of Server