# GOLD, ALBANESE, BARLETTI & LOCASCIO L.L.C.

ROBERT FRANCIS GOLD*◦◊
JUDY T. ALBANESE*◦
JAMES N. BARLETTI*
ANTHONY V. LOCASCIO*▲

RANDALL BRUCKMAN*
SANDRA CLARK*
KEVIN M. EPPINGER*◊

* MEMBER OF NJ BAR
◦ MEMBER OF MA BAR
◊ MEMBER OF NY BAR
△ MEMBER OF PA BAR
▲ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
■ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CRIMINAL TRIAL ATTORNEY

ATTORNEYS & COUNSELORS AT LAW
48 SOUTH STREET
MORRISTOWN, NEW JERSEY 07960
TELE: (973) 326-9099
FAX: (973) 326-9841

Web Address: www.goldandalbanese.com
Main E-Mail Address: main@goldandalbanese.com

REPLY TO MORRISTOWN

STEFANI M. FIELD◦
WALTER P. LAUFENBERG*
MICHAEL S. WILLIAMS*

OF COUNSEL:

MICHAEL J. AVILES◊
ANN MARIE BURKE*
LOUIS F. LOCASCIO, J.S.C. Ret.*▲■

*[Handwritten:]* Granted. The June 25, 2019 telephone conference is adjourned to July 8, 2019 at 9:15am. Counsel for Defendants shall initiate the call.

SO ORDERED
s/Steven C. Mannion
Steven C. Mannion, U.S.M.J.
Date: 7/2/19

June 24, 2019

**VIA E-FILED**

Magistrate Judge Steven C. Mannion
Martin Luther King Jr. Federal Building & Courthouse
50 Walnut Street, Room 2064
Newark, NJ 07102

Re:   Kona Ice v. Gonzalez, et al.
      Case No.: 2:17-cv-07757-ES-SCM

Dear Judge Mannion:

Please be advised that this firm represents the Defendant in the above-captioned matter.

I respectfully request an adjournment of the June 25, 2019 telephone conference to a later date in July. I will be in New York on a prior matter. My adversary has consented to this request.

Thank you for your attention to this matter, I remain....

Respectfully submitted,

WALTER P. LAUFENBERG

WPL/dp

MASSACHUSETTS OFFICE: 50 Congress Street, Suite 225, Boston, MA 02109 TELE: (617) 723-5118 FAX: (617) 367-8840
RED BANK OFFICE: 211 Broad Street, Suite 207, Red Bank, NJ 07701 TELE: (732) 936-9901 FAX: (732) 936-9904
NEW YORK OFFICE: 145 Hudson Street, Suite 5C, New York, NY 10013 TELE: (212) 307-0023 FAX: (212) 307-0187