# GOLD, ALBANESE, BARLETTI & LOCASCIO L.L.C.

ROBERT FRANCIS GOLD\*o◊
JUDY T. ALBANESE\*o
JAMES N. BARLETTI\*
ANTHONY V. LOCASCIO\*▲

RANDALL BRUCKMAN\*
SANDRA CLARK\*
KEVIN M. EPPINGER\*◊

\* MEMBER OF NJ BAR
o MEMBER OF MA BAR
◊ MEMBER OF NY BAR
△ MEMBER OF PA BAR
▲ CERTIFIED BY THE SUPREME
  COURT OF NEW JERSEY
  AS A CIVIL TRIAL ATTORNEY
■ CERTIFIED BY THE SUPREME
  COURT OF NEW JERSEY
  AS A CRIMINAL TRIAL ATTORNEY

ATTORNEYS & COUNSELORS AT LAW
48 SOUTH STREET
MORRISTOWN, NEW JERSEY 07960
TELE: (973) 326-9099
FAX: (973) 326-9841

STEFANI M. FIELDo
WALTER P. LAUFENBERG\*
MICHAEL S. WILLIAMS\*

OF COUNSEL:

MICHAEL J. AVILES◊
ANN MARIE BURKE\*
LOUIS F. LOCASCIO, J.S.C. Ret.\*▲■

Web Address: www.goldandalbanese.com
Main E-Mail Address: main@goldandalbanese.com

REPLY TO MORRISTOWN

July 8, 2019

**VIA E-FILED**

Magistrate Judge Steven C. Mannion
Martin Luther King Jr. Federal Building & Courthouse
50 Walnut Street, Room 2064
Newark, NJ 07102

  Re: Kona Ice v. Gonzalez, et al.
    Case No.: 2:17-cv-07757-ES-SCM

Dear Judge Mannion:

  Mr. Schatz forwarded a new proposed agreement at 2:45 p.m. I was unable to open the email and I advised Mr. Schatz.

  I must leave for a court appearance at 3:30 p.m. I anticipate this matter will be concluded by July 9th. Please advise if you require counsel to appear to place the settlement on the record.

  Thank you for your attention to this matter, I remain….

          Respectfully submitted,

          /s/ *Walter P. Laufenberg*

          WALTER P. LAUFENBERG

WPL/dp

MASSACHUSETTS OFFICE: 50 Congress Street, Suite 225, Boston, MA 02109 TELE: (617) 723-5118 FAX: (617) 367-8840
RED BANK OFFICE: 211 Broad Street, Suite 207, Red Bank, NJ 07701 TELE: (732) 936-9901  FAX: (732) 936-9904
NEW YORK OFFICE: 145 Hudson Street, Suite 5C, New York, NY 10013 TELE: (212) 307-0023 FAX: (212) 307-0187